**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Byron Singleton;<br>Shannon Singleton;<br>Carlos Velasco;<br>Courtney Velasco,<br><br>        Plaintiffs,<br><br>vs.<br><br>Michael J. Adick;<br>Mary K. Adick;<br>Stanley Benavidez;<br>Elyte ATM Services, Inc.;<br>Elyte Services, LLC;<br>Elyte Security Services, LLC,<br><br>        Defendants.<br>_____<br>Michael J. Adick;<br>Mary K. Adick;<br>Elyte ATM Services, Inc.;<br><br>        Cross-claimants,<br><br>vs.<br><br>Stanley Benavidez;<br>Elyte Services, LLC;<br>Clara Benavidez,<br><br>        Cross-Defendants. | No. CV 09-486-PHX-JAT<br><br>**ORDER** |

On February 18, 2011, Plaintiffs filed a Motion for Attorneys' Fees. (Doc. 138.) Plaintiffs filed their Memorandum in Support, with the required Affidavit and supporting

1 exhibits, on March 3, 2011. (Doc. 141.)

2 Defendants never responded to Plaintiffs' Motion for Attorneys' Fees. Pursuant to
3 Local Rule of Civil Procedure 7.2(i), the Court deems Defendants' failure to respond as
4 consent to granting the Motion.

5 Accordingly,

6 **IT IS ORDERED** GRANTING Plaintiffs' Motion for Attorneys' Fees (Doc. 138) in
7 the amount of $130,000.

8 DATED this 19th day of August, 2011.

James A. Teilborg
United States District Judge