**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Byron Singleton;<br>Shannon Singleton;<br>Carlos Velasco;<br>Courtney Velasco,<br><br>       Plaintiffs,<br><br>vs.<br><br>Michael J. Adick;<br>Mary K. Adick;<br>Stanley Benavidez;<br>Elyte ATM Services, Inc.;<br>Elyte Services, LLC;<br>Elyte Security Services, LLC,<br><br>       Defendants.<br>_____<br>Michael J. Adick;<br>Mary K. Adick;<br>Elyte ATM Services, Inc.;<br><br>       Cross-claimants,<br><br>vs.<br><br>Stanley Benavidez;<br>Elyte Services, LLC;<br>Clara Benavidez,<br><br>       Cross-Defendants. | No. CV 09-486-PHX-JAT<br><br>**ORDER** |

On February 18, 2011, Plaintiffs filed a Motion for Attorneys' Fees. (Doc. 138.) Plaintiffs filed their Memorandum in Support, with the required Affidavit and supporting

1 | exhibits, on March 3, 2011.  (Doc. 141.)

2 |     Defendants never responded to Plaintiffs' Motion for Attorneys' Fees.  Pursuant to Local Rule of Civil Procedure 7.2(i), the Court deems Defendants' failure to respond as consent to granting the Motion.

    Accordingly,

**IT IS ORDERED** GRANTING Plaintiffs' Motion for Attorneys' Fees (Doc. 138) in the amount of $130,000.

    DATED this 19th day of August, 2011.

*(signature)*
James A. Teilborg
United States District Judge